

David H. Boren
dboren@rlfllp.com

March 27, 2025

**<u>VIA EMAIL</u>**

United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
E-mail - Failla_NYSDChambers@nysd.uscourts.gov

    Re:    *Marcel Albert, Professionally Known as Marc Mysterio v. DistroKid LLC*
           *and Amazon.com Services LLC* - Case No. 25-CV-01705-KPF
           <u>DistroKid's Request for Extension of Time to Respond to Plaintiff's Complaint</u>

Dear Judge Failla:

Defendant DistroKid LLC ("DistroKid") submits this request pursuant to Rule 2(C) of the Court's Individual Rules of Practice in Civil Cases.

Plaintiff Marcel Albert, Professionally Known as Marc Mysterio ("Plaintiff") filed the Complaint in this matter on February 28, 2025. The Complaint was recently served on Defendant DistroKid LLC ("Defendant"). We were recently retained by Defendant to represent it in this matter. On March 21, 2025, Plaintiff and Defendant agreed to extend the time for DistroKid to file its response to Plaintiff's Complaint up to and including April 16, 2025, subject to the approval of the Court. This is the first request for extension of time and the Parties in this action will not be prejudiced by this extension of time. Defendant Amazon.com Services LLC has not filed a notice of appearance. Therefore, it is requested the Court approve this request for extension of time.

Very truly yours,

David H. Boren
RITHOLZ LEVY FIELDS LLP

0252520

**RITHOLZ LEVY FIELDS LLP**
10940 Wilshire Blvd., Suite 1600 │ Los Angeles, CA 90024│ *p:* 310.443.4176
www.rlfllp.com
