**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARCEL ALBERT, PROFESSIONALLY KNOWN AS MARC MYSTERIO<br><br>*Plaintiff,*<br><br>v.<br><br>DISTROKID LLC AND AMAZON.COM SERVICES LLC<br><br>*Defendants*. | Case No. 1:25-cv-01705-KPF |

**NOTICE OF MOTION FOR PARTIAL RECONSIDERATION OF**
**THE COURT'S MARCH 13, 2026 ORDER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Amazon.com Services LLC's Motion for Partial Reconsideration of the Court's March 13, 2026 Order, dated March 27, 2026, and upon all prior papers and proceedings filed herein, Defendant Amazon.com Services LLC moves this Court, before the Honorable Katherine Polk Failla, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, as soon as counsel may be heard, for an order pursuant to Local Rule 6.3 of the United States District Court for the Southern District of New York granting Amazon's Motion for Partial Reconsideration and for such other and further relief as the Court deems just and proper.

2

Dated: March 27, 2026

Respectfully submitted,

COVINGTON & BURLING LLP

By: */s/ Jonathan M. Sperling*
　　　Jonathan M. Sperling

Jonathan M. Sperling
Phillip A. L. Hill
Sara J. Dennis
30 Hudson Yards
New York, New York 10001
(212) 841-1000
jsperling@cov.com
pahill@cov.com
sdennis@cov.com

*Counsel for Defendant Amazon.com*
*Services LLC*