UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCEL ALBERT, *professionally known as Marc Mysterio*,

Plaintiff,

-v.-

DISTROKID LLC and AMAZON.COM SERVICES LLC,

Defendants.

25 Civ. 1705 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

There has been a recent breakdown in the relationship between Plaintiff and his counsel that has led to a spate of recent filings in the above case. This Order responds to those filings.

*First*, On May 7, 2026, Plaintiff filed a *pro se* omnibus motion (the "Omnibus Motion"). (Dkt. #62). His motion, among other things, (i) sought termination of his counsel for cause; (ii) notified the Court of a purported conflict of interest pertaining to the counsel of Defendant Amazon.com Services LLC ("Amazon"); (iii) requested an adjournment of other deadlines in the case; (iv) sought leave to file a surreply to Amazon's motion for reconsideration; (v) and sought leave to file a motion to strike certain of Defendants' affirmative defenses. (*Id.*).

That same day, Mr. Joseph, Plaintiff's counsel, filed a motion to withdraw as Plaintiff's attorney. (Dkt. #63). Mr. Joseph informed the Court that he intended to assert a charging and judicial lien, and he requested a stay of

pending deadlines.  (*Id.*).  Additionally, he asked the Court to hold in abeyance the issue of whether his withdrawal/termination was for cause.  (*Id.*).

Then, on May 11, 2026, Amazon wrote to the Court consenting to a two-week extension of existing deadlines.  (Dkt. #64).  The filing asked the Court to deny Plaintiff's other requests until he decided whether to retain new counsel. (*Id.*).  After Amazon filed its letter, the *pro se* office placed on the docket a May 8, 2026 letter from Plaintiff directed to Amazon's counsel, requesting that Amazon's counsel respond to Plaintiff's allegations of conflict.  (Dkt. #65).

Thereafter, Plaintiff filed a declaration in support of the Omnibus Motion. (Dkt. #67).  He additionally emailed the Court a copy of a *pro se* letter replying to Amazon's response to his Omnibus Motion.  The Court has reviewed that reply despite the fact that the Court's Individual Rule of Practice in Civil Cases 2(C) does not contemplate the filing of a reply in the context of a letter motion. Plaintiff, now proceeding *pro se*, is reminded to consult the Court's Individual Rules before making future submissions.

In short, Plaintiff's Omnibus Motion is GRANTED IN PART and DENIED IN PART.  Plaintiff's counsel's motion to withdraw is GRANTED.  Specifically:

(i)     Plaintiff's request to terminate Mr. Joseph is GRANTED.  Mr. Joseph's parallel request to withdraw is also GRANTED.  The Court will hold in abeyance its decision about whether such termination is for cause.  Consequently, the Court will also defer its decision on Mr. Joseph's request for a charging lien and judicial lien.

(ii)    Plaintiff's requests regarding Amazon's counsel's purported conflict of interest are DENIED.  On this record, the Court does not perceive a conflict that requires Amazon's counsel to recuse itself from the case or to file a response on the issue.

(iii)    Plaintiff's adjournment requests are GRANTED.  Plaintiff shall, on or before **May 29, 2026**, notify the Court regarding whether he has retained new counsel or whether he plans to proceed *pro se.*  The parties' deadline to file a proposed case management plan and joint letter are hereby ADJOURNED *sine die,* to be rescheduled when Plaintiff informs the Court of how he wishes to proceed.

(iv)    Plaintiff's request to file a surreply to Amazon's motion for reconsideration is DENIED.  The Court does not typically permit surreplies and sees no basis to do so in this case.

(v)    Plaintiff's request to file a motion to strike is DENIED without prejudice as to its renewal after he informs the Court of how he wishes to proceed in this case.

The Clerk of Court is directed to terminate the pending motions at docket entries 62 and 63.  The Clerk of Court is further directed to email a copy of this Order to Plaintiff at marcel.albert.ecf@gmail.com.  Finally, the Clerk of Court is directed to terminate Mr. Joseph from the docket.

SO ORDERED.

Dated:    May 12, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

3