UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCEL ALBERT, *professionally known as Marc Mysterio*,

Plaintiff,

-v.-

DISTROKID LLC and AMAZON.COM SERVICES LLC,

Defendants.

25 Civ. 1705 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On May 12, 2026, the Court issued an Order responding to the breakdown in the relationship between Plaintiff and his attorney. (Dkt. #68). In that Order, the Court, among other things, noted that it would hold in abeyance its decision about whether Plaintiff's termination of his counsel was for cause. (*Id.*). Since that date, both Plaintiff and his counsel have provided *ex parte* submissions to the Court that give additional context into the breakdown of their relationship. After reviewing those submissions, the Court determines that Plaintiff's termination of his counsel was without cause. Specifically, the Court does not find evidence of lack of competence or abandonment. The Court thus leaves open the possibility of setting charging and judicial lien amounts at a later date.

SO ORDERED.

Dated:    May 15, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge