# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1000

**Via ECF & Email**

May 18, 2026

The Honorable Katherine Polk Failla
(Failla_NYSDChambers@nysd.uscourts.gov)
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



> **Re:**  ***Marcel Albert v. DistroKid LLC et al.,***
> **Case No. 25-CV-01705-KPF**

Dear Judge Failla:

We represent defendant Amazon.com Services LLC ("Amazon") and write to address Plaintiff's letters of May 13, May 15, and May 17, 2026 (Dkt. #72, 73, and 77).

***May 13 letter***: At Plaintiff's request, the Court on May 12 adjourned the parties' deadline to file a proposed case management plan and joint letter *sine die*, to be rescheduled after the May 29 deadline for Plaintiff to inform the Court whether he has retained new counsel (Dkt. #68). Plaintiff's request the next day for the Court to enter various orders regarding the very issues to be addressed in the case management plan and joint letter should be denied as premature.

***May 15 letter***: Plaintiff apparently submitted to the Court in camera, but did not file or otherwise provide to Defendants, an Exhibit D to Plaintiff's May 7, 2026 omnibus motion (Dkt. #62). Plaintiff referred to that exhibit again in his May 13 letter. Accordingly, Amazon sent Plaintiff a two-sentence email asking him to provide a copy of the document to counsel (a copy of that email is attached hereto as Exhibit 1). Plaintiff refused to do so, and instead filed his May 15 letter.

Amazon does not believe any response to the May 15 letter is necessary, other than to request that the Court order Plaintiff to provide us a copy of Exhibit D to his May 7 omnibus motion (which Plaintiff referred to again in Dkt. #80).

***May 17 letter***: The Court's May 12 Order also denied Plaintiff's request to file a motion to strike, without prejudice to renewal after the May 29 deadline for Plaintiff to inform the Court whether he has retained new counsel (Dkt. #68). Plaintiff then proceeded to file the May 17 letter motion, which, among other things, seeks to strike certain affirmative defenses and other associated relief, i.e., the very motion that the Court denied him leave to file. Amazon respectfully requests that the motion accordingly be denied on that basis.

**COVINGTON**

The Honorable Katherine Polk Failla
May 18, 2026
Page 2


Finally, Amazon observes that since the entry of the Court's May 12 Order, Plaintiff has made new filings with the Court every single day, including Saturday and Sunday, with the exception of May 14.  Amazon respectfully suggests that the Court consider an order limiting the parties' ability to make further filings until after (i) Plaintiff has determined whether he will retain new counsel, (ii) the parties file their proposed case management plan and joint letter, and (iii) the Court has entered a scheduling order.

Respectfully submitted,

*/s/ Jonathan M. Sperling*

Jonathan M. Sperling

cc:    All parties (via ECF and email)

On May 12, 2026, the Court granted the withdrawal of Plaintiff's attorney and directed Plaintiff to notify the Court on or before May 29, 2026, as to whether he has retained new counsel or whether he planned to proceed *pro se*.  (Dkt. #68).  In the week since that Order, Plaintiff has made no fewer than eight submissions to the Court requesting some form of relief or notifying the Court of purported developments in the case.  (*See* Dkt. #72-73, 76-78, 80-81, 83).  Plaintiff's concerns generally fall into two buckets.  Some pertain to discovery procedures.  (*See, e.g.*, Dkt. #72).  Others pertain to an anticipated motion to strike Defendants' affirmative defenses or for sanctions.  (*See, e.g.*, Dkt. #77).

Above, Defendant Amazon.com Services LLC ("Amazon") responded to some of those submissions.  (*See* Dkt. #82).  In essence, Amazon requests that the Court defer consideration of Plaintiff's requests until after he informs the Court of whether he plans to proceed *pro se*.  (*Id.*).  Amazon further requests that the Court issue an order directing Plaintiff to provide to Amazon a copy of Exhibit D to his May 7, 2026 Motion.  Less than an hour after Amazon filed its response, Plaintiff filed a reply.  (Dkt. #83).  Based on the reply, the Court now understands that Plaintiff intends to proceed *pro se*, at least for the time being.  (Dkt. #83).  But the Court must strike Plaintiff's reply because Rule 2(C) of the Court's Individual Rules of Practice in Civil Cases does not contemplate the filing of reply letters.  Plaintiff did not seek leave to file his reply, and the Court would deny such leave anyway.

Amazon's request for an order directing Plaintiff to provide a copy of Exhibit D to his May 7, 2026 Motion is GRANTED.  Plaintiff resists turning over the document because of an alleged conflict of interest related to Amazon's attorneys.  But Plaintiff is reminded that the Court already rejected his arguments about the purported conflict.  (*See* Dkt. #68 ("On this record,  the Court does not perceive a conflict that requires Amazon's counsel to recuse itself from the case or to file a response on the issue.")).  Accordingly, Plaintiff shall provide a copy of Exhibit D to Defendants on or before **May 22, 2026.**

As for the other disputes in this case, the Court believes that the best course of action is to hold a conference.  The parties shall therefore appear for a telephonic conference on **June 8, 2026,** at **11:00 a.m.**  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.  At the conference, the Court will discuss next steps in the case, including discovery procedures and a potential motion to strike or for sanctions.  Additionally, The Court construes Plaintiff's May 17, 2026 letter as a pre-motion submission regarding an anticipated motion to strike or for sanctions.  In advance of the June 8 conference, Defendants may file a response to Plaintiff's submissions on or before **May 26, 2026.**  Plaintiff is reminded that he may not file a reply to Defendants' response -- nor may he file the contemplated motion itself -- without leave from the Court.

The Clerk of Court is directed to STRIKE docket entry 83 and to terminate the pending motion at docket entry 77.       SO ORDERED.

Dated:      May 19, 2026
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE