UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCEL ALBERT, *professionally known as Marc Mysterio*,

Plaintiff,

-v.-

DISTROKID LLC and AMAZON.COM SERVICES LLC,

Defendants.

25 Civ. 1705 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On June 8, 2026, the parties in the above matter appeared for a telephonic conference to discuss next steps in the litigation, specifically regarding discovery and a proposed motion to strike that Plaintiff seeks to file. This Order relates to certain discussions that arose at the June 8, 2026 hearing, as well as various submissions that the parties have made in the last week.

On the discovery issue, Plaintiff seeks targeted, rather than plenary, discovery. (*See* Dkt. #72). At the conference, the Court asked Plaintiff to submit certain spreadsheets to chambers in support of his request for targeted discovery. Plaintiff submitted those spreadsheets on June 8, 2026, along with certain other documents, including a seven-page declaration and a preliminary expert report. Such submissions beyond the spreadsheets were not requested, and the Court therefore did not consider them.

After reviewing Plaintiff's spreadsheets, the Court DENIES Plaintiff's request for targeted discovery. The Court does not believe that staged

discovery will have the efficiencies that Plaintiff argues that it will.  The parties will thus proceed with plenary discovery.  On or before **June 29, 2026**, the parties shall submit a proposed case management plan that allows for plenary discovery in the case.

On the issue of Plaintiff's motion to strike certain of Defendants' affirmative defenses, the Court will schedule briefing on the motion.  Should Defendants wish to file amended answers, they shall do so on or before **June 29, 2026**.  Plaintiff shall file any motion to strike on or before **July 24, 2026**.  Defendants shall file any opposition on or before **August 21, 2026**.   Plaintiff shall file any reply on or before **September 4, 2026**.

Finally, since last week's conference, the Court has received two submissions from the parties.  First, on June 9, 2026, Defendant Amazon.com Services LLC ("Amazon") filed a letter informing the Court of a motion to intervene that Plaintiff filed in another case in this district, *Sony Music Entertainment* v. *Rhapsody International Inc.*, No. 25 Civ. 6352 (LAP) (S.D.N.Y. filed Aug. 1, 2025) (Dkt. # 55).  The Court thanks Amazon for informing the Court of this filing, but it does not see the need to take any action at this time.

Then, on June 14, 2026, Plaintiff filed a motion seeking an order compelling Defendants' attorneys to file sworn statements regarding whether they were inebriated or medically incapacitated at the June 8, 2026 conference. The Court — which spoke with defense counsel at long length during the conference— is profoundly disturbed by these allegations.  Plaintiff's motion is completely devoid of factual basis, and it parrots the same incendiary rhetoric

that the Court already warned Plaintiff about at the June 8, 2026 conference.

Plaintiff's motion is DENIED, and he is admonished not to make similarly

scurrilous statements in the future.

The Clerk of Court is directed to terminate the pending motions at docket

entries 72 and 107.

SO ORDERED.

Dated:      June 15, 2026
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge