UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCEL ALBERT, *professionally known as Marc Mysterio*,

                              Plaintiff,

            -v.-

DISTROKID LLC and AMAZON.COM
SERVICES LLC,

                              Defendants.

25 Civ. 1705 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

When this case commenced, Plaintiff was represented by counsel.  In time, the relationship between Plaintiff and his counsel frayed to the point of breaking.  On May 12, 2026, the Court granted Plaintiff's counsel's request to withdraw.  (Dkt. #68).  Though Plaintiff originally suggested that replacement counsel was waiting in the wings, no counsel has entered an appearance, and Plaintiff has been proceeding *pro se.*  Given his *pro se* status, Plaintiff was granted electronic filing privileges the same day that his counsel withdrew.  (Dkt. #70).

Early on, Plaintiff's filings caused some concern:  They were numerous, not always relevant to the issues at hand, and sought relief the Court could not give.  (*See* Dkt. #84, 92, 104, 105 (various orders describing Plaintiff's requests)).  For a while, the Court attributed these issues to Plaintiff's *pro se* status and his lack of experience litigating in federal court.

More recent events, however, have proven that Plaintiff's early *pro se* submissions were not growing pains, but rather early indications of his

vexatious litigation strategy.  On June 14, 2026, Plaintiff made scurrilous and baseless allegations regarding the conduct of defense counsel during a telephonic conference with the Court on June 8, 2026.  (Dkt. #107).  Two days later, Plaintiff saw fit to seek the disqualification of the Court based on a wholly fabricated tale suggesting — falsely — an assignation some 35 years ago between the undersigned and one of the attorneys for Defendant Amazon.com Services LLC.  (Dkt. #110).  There is, and can be, no evidentiary support for Plaintiff's claims, so he has instead submitted a perjurious affidavit claiming to have witnessed the events described in his submission.  (Dkt. #110-1).

The grace extended to *pro se* litigants has its limits, and it certainly does not allow repeated filings recounting events that did not and could not happen. As a result, the Court ORDERS the following:

(i)     Docket entries 107 and 110 are hereby STRICKEN from the docket;

(ii)    Plaintiff's electronic filing privileges are hereby REVOKED; and

(iii)   Plaintiff is warned that one more violation of a Court Order or one more submission akin to his June 14, 2026 or June 16, 2026 submissions will result in the Court dismissing his case for failure to follow Court orders.  *See generally Johnson* v. *Clearview AI, Inc.*, No. 23 Civ. 2441 (KPF), 2025 WL 1865220, at *3 (S.D.N.Y. July 2, 2025) (discussing bases of court's authority to impose sanctions and governing standards).

2

The Clerk of Court is directed to terminate the pending motion at docket entry 110.  The Clerk of Court is further directed to strike docket entries 107 and 110.

SO ORDERED.

Dated:      June 16, 2026
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge